**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| STEPHEN HUOVINEN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 21-00835-LPS |
| | ) | |
| | ) | |
| CITY OF WILMINGTON, DELAWARE, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, the undersigned counsel hereby provides Notice that the *pro hac vice* appearance of Chelsea M. Williams as counsel for plaintiffs is withdrawn, as Ms. Williams is no longer associated with the law firm McGillivary Steele Elkin LLP. Plaintiffs continue to be represented by Aaron M. Shapiro and Lauren P. DeLuca of Connolly Gallagher LLP as well as *pro hac vice* counsel Sara L. Faulman and Sarah M. Block of McGillivary Steele Elkin LLP.

DATED: September 28, 2021

Respectfully submitted,

*/s/ Aaron M. Shapiro*

Aaron M. Shapiro (Del. Bar No. 3659)
Lauren P. DeLuca (Del. Bar No. 6024)
CONNOLLY GALLAGHER LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
Phone: (302) 757-7300
ashapiro@connollygallagher.com
ldeluca@connollygallagher.com

*Counsel for Plaintiffs*

Sara L. Faulman (*admitted pro hac vice)*
Sarah M. Block *(admitted pro hac vice)*
McGILLIVARY STEELE ELKIN LLP
1101 Vermont Avenue N.W.
Suite 1000
Washington, DC 20005
Phone: (202) 833-8855
slf@mselaborlaw.com
smb@mselaborlaw.com

**CERTIFICATE OF SERVICE**

This is to certify that on September 28, 2021, a true and accurate copy of the foregoing document was electronically filed in this Court's CM/ECF system and served on the following counsel for Defendant:

Lauren E.M. Russell
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 North King Street
Wilmington, DE 19801
lrussell@ycst.com

*/s/ Aaron M. Shapiro*
Aaron M. Shapiro (Del. Bar No. 3659)