**IN THE UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| STEPHEN HUOVINEN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-cv-00835-LFR |
| | ) | |
| CITY OF WILMINGTON, DELAWARE, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO STAY

The Parties, by and through the undersigned counsel, hereby inform the Court that, following significant discussions, the Parties have reached an agreement in principle to resolve all claims in the above-captioned case. The Parties are now working together to finalize and execute a written agreement.

As this action was brought pursuant to the Fair Labor Standards Act (FLSA), the Parties' agreement is subject to approval by the Court. The Parties represent that a Joint Motion for Approval will be filed within 30 days, or by no later than May 26, 2022.

WHEREFORE, the Parties respectfully request that this Court stay all pending deadlines in this case until such time as the Court has an opportunity to review the Parties' agreement.

CONNOLLY GALLAGHER LLP

/s/ *Aaron M. Shapiro*

Aaron M. Shapiro, Esq. (No. 3659)
Lauren P. DeLuca, Esq. (No. 6024)
1201 North Market St., 20th Floor
Wilmington, DE 19801
Telephone: (302) 757-7300
Email: ashapiro@connollygallagher.com
Email: ldeluca@connollygallagher.com

OF COUNSEL:

Sara L. Faulman, Esq.
Sarah M. Block, Esq.
McGILLIVARY STEELE ELKIN LLP
1101 Vermont Avenue, N.W.
Suite 1000
Washington, DC 20005
Telephone: (202) 833-8855
Email: slf@mselaborlaw.com
Email: smb@mselaborlaw.com

*Attorneys for Plaintiffs*

Dated: April 27, 2022

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ *Lauren E.M. Russell*

Lauren E.M. Russell, Esq. (No. 5366)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 576-3255
Facsimile: (302) 576-3750
Email: lrussell@ycst.com

*Attorneys for Defendant*

Dated: April 27, 2022

SO ORDERED this ____ day of ________________ 2022.

___________________________________
Hon. L. Felipe Restrepo
Circuit Judge