# Exhibit 2

**IN THE UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| STEPHEN HUOVINEN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-cv-00835-LFR |
| | ) | |
| CITY OF WILMINGTON, DELAWARE, | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF SARA L. FAULMAN**

I, Sara L. Faulman, do hereby affirm, under penalty of perjury, that the following representations contained in this Declaration are true and correct to the best of my personal knowledge:

1. I am a partner with the law firm of McGillivary Steele Elkin LLP ("MSE"). I have been an attorney with MSE since October 2007, and I became a partner in 2014. I serve as lead Plaintiffs' Counsel (*pro hac vice*) in the above-referenced case, in conjunction with Delaware Counsel Aaron Shapiro and Lauren DeLuca of Connolly Gallagher, LLP, and *pro hac vice* attorney Sarah M. Block. I submit this Declaration in support of the Parties' Joint Motion for Approval Settlement.

2. I have approximately 18 years of civil litigation experience with particular emphasis in wage and hour collective and class actions on behalf of employees in FLSA and other wage cases. I am a 2004 graduate of University of Michigan Law School. I am a member in good standing of the bars of New York (2005), the District of Columbia (2006), and Maryland (2021) as well as the U.S. Supreme Court (2010). I am also a member of the bars of five Federal Courts of Appeal, the United States District Courts for the District of Columbia, Southern District of New

York, Eastern District of New York, and Colorado, as well as the United States Court of Federal Claims.

3. I am the current Union Chair of the American Bar Association's Labor and Employment Law Section sub-committee on the Family and Medical Leave Act, part of the Committee on Federal Labor Standards Legislation, and served for three years as a track coordinator for the Litigation and Class Action track of the ABA's Annual Labor and Employment Law Conference.

4. I am regularly invited to speak on wage and hour panels and webinars for various legal associations. For example, I served as a panelist at the 2018 Annual ABA Labor and Employment Law CLE Conference on a panel discussion of Litigating Collective Actions and spoke as a panelist at the 2017 Annual ABA Labor and Employment Law CLE Conference on the best practices with respect to FLSA settlements. Some other panels and speaking engagements include:

a. Panelist for the AFL-CIO's 2019 LCC Mid-Career Lawyering Seminar.

b. Panelist for the 2015 Annual ABA Labor and Employment Law CLE Conference on the ethics issues in collective litigation of cases involving low-wage workers.

c. Webinar speaker for the American Law Institute CLE on FLSA "late breaking" developments, including *Encino Motorcars v. Navarro* and the Department of Labor's PAID program.

d. Webinar speaker for the ABA on wage and hour topics for new practitioners.

e. Upcoming panelist for the November 2022 Annual ABA Labor and Employment Law CLE Conference on developments in mandatory arbitration and class action waivers under the Federal Arbitration Act.

5. I am serving or have served as lead counsel or co-lead counsel in numerous multi-plaintiff FLSA actions. *See*, *e.g.*, *Baust et al. v. City of Virginia Beach*, 2:20-cv-00595 (E.D. Va.) (FLSA action on behalf of EMS captains); *Ormerod et al. v. Prince George's County*, *Maryland*, 1:20-cv-01864 (D. Md.) (FLSA action on behalf of fire inspectors); *Garcia et al. v. Marion County*, *Florida,* 5:19-cv-00458 (M.D. Fla.) (FLSA action on behalf of fire captains); *Anderson, et al. v. United States*, 17-CV-01199 (Fed. Cl.) (FLSA and Title 5 action on behalf of Security Guards and Police Officers employed with the National Guard Bureau); *Armwood et al. v. United States*, 17-CV-01839 (Fed. Cl.) (FLSA action involving unpaid work and regular rate violations on behalf of Police Officers employed with the Office of Naval Intelligence); *Battaglini et al. v. Cnty. of Arlington*, Case No. 16-CV-00990 (E.D. Va.) (FLSA case on behalf of fire captains); *Wilson et al. v. City of Alexandra*, Case No. 16-CV-00990 (E.D. Va.) (FLSA case on behalf of fire captains).

6. In addition, I was co-counsel for the following multi-plaintiff lawsuits and collective actions involving enforcement of wage and hour laws: *Perry et al. v. City of New York*, Case No. 13-01015 (S.D.N.Y.) (FLSA collective action involving off the clock and regular rate claims of over 2600 EMTs and Paramedics); *Conzo et al. v. City of New York* and *Aarons et al. v. City of New York*, Case Nos. 05-CV-705 and 09-CV-10138 (S.D.N.Y.) (FLSA collective action involving off-the-clock and regular rate claims for EMTs and Paramedics; favorable settlements approved by court in 2011 following decisions on summary judgment); *Mullins et al. v. City of New York*, Case No. 04-CV-2979 (S.D.N.Y.) (collective action on behalf of New York Police Sergeants who were improperly classified); *Thompson, et al. v. DirecTV, et al.*, CA 3:07-cv-4112 (M.D. Tenn.) (FLSA collective action involving off-the-clock claims of 1400 technicians who installed DirecTV satellite dishes and equipment); *Morrison v. Fairfax Cnty., Va.*, Case No. 1:14-cv-0005 (FLSA case alleging fire captains are first responders entitled to overtime pay); *Abadeer*,

*et al. v. Tyson,* C.A. No. 3:09-cv-00125 (M.D. Tenn.) (FLSA/Rule 23 hybrid for unpaid donning and doffing performed by hourly-paid meat processing workers at Tyson's Goodlettsville plant; $7,750,000.00 settlement following summary judgment rulings).

7. I have also served as counsel for AFGE Locals and bargaining unit employees nationwide in FLSA grievances brought by the Locals against the Bureau of Prisons ("BOP") involving the BOP's failure to pay overtime pay as required by the FLSA for work performed by correctional officers prior to and following their scheduled shifts and during unpaid meal periods, collecting millions of dollars for BOP workers.

8. I have spent 47 hours in the litigation of this manner through May 23, 2022, and the Plaintiffs seek $400 per hour for my services.

9. Gregory McGillivary, MSE's managing partner, spent a total of 1.9 hours on this case through May 23, 2022, and the Plaintiffs seek $400 per hour for his services. Mr. McGillivary has over 30 years of experience, specializing in pay cases arising under the Fair Labor Standards Act (FLSA) and state wage and hour laws, and has participated in the successful litigation of over 200 FLSA suits on behalf of employees in various proceedings throughout the country, including in U.S. federal courts and at arbitration, with the majority of these cases involving public sector employees. For example, he represented two of the largest Rule 23 classes ever in *Matsuo v. United States*, 532 F. Supp. 2d 1238 (D. Haw. 2008), in arguing that that Federal employees in Alaska and Hawaii should be eligible for pay that was available to employees in the contiguous 48 states. Additionally, Mr. McGillivary served as counsel in *Mullins v. City of New York*, 653 F.3d 104 (2d Cir. 2011), a watershed case on the interpretation and appropriate application of the "first responder regulation," 29 C.F.R. § 541.3, also at issue in the instant case.

10. Mr. McGillivary is on the Board of Editors of Bloomberg/BNA's publication of a treatise on the Fair Labor Standards Act entitled "The Fair Labor Standards Act" and prepares the annual supplements to that treatise, which is the byproduct of a joint collaboration between Bloomberg/BNA books and the Labor and Employment Section of the American Bar Association. He also serves as Editor-in-Chief of a treatise on state wage and hour laws entitled "Wage and Hour Laws," which is published by Bloomberg/BNA books and is a byproduct of a joint collaboration between Bloomberg/BNA books and the Labor and Employment Section of the American Bar Association. The treatise covers the state wage and hour laws of all fifty states plus the District of Columbia and Puerto Rico.

11. In November 2017, Mr. McGillivary was inducted into the College of Labor and Employment Lawyers as a Fellow. The College of Labor & Employment Lawyers is a non-profit professional association that honors leading lawyers nationwide in the practice of Labor and Employment law.

12. David Ricksecker joined MSE as an associate attorney in 2003, and he became a partner with the firm in September 2009. He is a 2001 graduate of the University of Iowa College of Law, where he served as Managing Editor of the University of Iowa Law Review. He is a member in good standing of the bar of the Commonwealth of Virginia (2001) and the District of Columbia (2003) and has been admitted to the Supreme Court of the United States (November 1, 2010), District of Columbia Court of Appeals (April 16, 2004), U.S. Court of Appeals for the 4th Circuit (Oct. 11, 2002), U.S. District Court for the Eastern District Court of Virginia (May 24, 2002), U.S. District Court for the District of Columbia, the U.S. Court of Federal Claims and the Supreme Court of the Commonwealth of Virginia (Oct. 29, 2001). From 2002 to 2003 David Ricksecker was an attorney with the Sheet Metal Workers National Pension Fund. He is a frequent

speaker and presenter on labor, litigation, and wage and hour issues. Mr. Ricksecker spent a total of 2.4 hours in the litigation of this matter, and the Plaintiffs seek $400 per hour for his services.

13. Sarah M. Block has been an Associate with McGillivary Steele Elkin LLP since June 2015 and is experienced in representing public employees and unions in nationwide FLSA, wage and hour, and First Amendment litigation and arbitration. She also provides general legal advice on labor relations and employment issues. Ms. Block graduated from The George Washington University Law School in 2014, where she served as the Senior Articles Editor of The Federal Circuit Bar Journal. She also holds a B.A. in History (with honors) and Spanish, *summa cum laude*, from Bucknell University. She is a member in good standing of the bars of the State of New York and the District of Columbia and the bars for the U.S. District Courts for the Southern District of New York, Eastern District of New York, Western District of New York, District of Colorado, and District of Columbia, as well as that of the Court of Federal Claims and the U.S. Court of Appeals for the Federal Circuit. Ms. Block spent a total of 72.3 hours on the litigation of this matter through May 23, 2022, and Plaintiffs seek $350 per hour for her services.

14. Chelsea Williams was an Associate with McGillivary Steele Elkin LLP from August 2019 until September 2021. Prior to joining the firm, Ms. Williams served as a Judicial Law Clerk to the Hon. Tiffany H. Anderson at the Circuit Court for Prince George's County, and also worked as a Law Clerk at a firm representing building trade unions in labor relations and pension matters. Ms. Williams is a 2018 graduate of The George Washington University Law School, where she served as a student attorney in the Health Rights Clinic representing low income and retiring workings seeking to retain health coverage and pension benefits. Ms. Williams is a member in good standing of the bar for the District of Columbia and the U.S. District Court for

the District of Columbia. Ms. Williams spent a total of 27.6 hours on the litigation of this matter through May 23, 2022, and Plaintiffs seek $220 per hour for her services

15. Keith Nickerson is the Litigation Director at McGillivary Steele Elkin LLP. He assisted in reviewing and summarizing pay and hours work data in this matter and preparing damage calculations for the individual plaintiffs for settlement negotiations. He has a Master's in Business Administration from the University of Maryland, which he received in 2001, and he is a 1989 graduate of the University of Rochester. From July 5, 1989, to July 5, 1999, he was a paralegal with the firm, and from October 1, 2001, to October 1, 2002, a consultant. Since July 2004, he has been the Litigation Director. In large wage and hour actions he is responsible for conducting data analysis related to pay issues and preparing spreadsheets and reports on the results of his analysis. In addition, he supervises the litigation paralegals and off-site consultants who may assist him with these data analysis projects. Over the course of over 20 years with McGillivary Steele Elkin LLP, he has prepared calculation spreadsheets and damages models showing amounts owed in over 400 multi-plaintiff and multi-grievant cases involving wage and hour claims and he has testified about such calculations in multiple cases. Mr. Nickerson was recognized by U.S. District Judge Richard Sullivan for his work as an expert in damage calculations in an FLSA case *Boucaud, et al. v. The City of New York*, No. 07 Civ. 11098 (S.D.N.Y.). Mr. Nickerson spent a total of 26.3 hours on this case through May 23, 2022, and the Plaintiffs seek $150 an hour for his services.

16. Richard DeBoard performed paralegal work by reviewing the payroll and timekeeping data and compiling it could be readable and usable in performing damages calculations, as well as analyzing the pay and leave data produced by Defendant for all Plaintiffs to prepare damages models to use for settlement. Mr. DeBoard also revised the damages models

based on the negotiations with defense counsel. He performed a total of 33 hours in this a matter through May 23, 2022, and the Plaintiffs seek $150 per hour for his services.

17. Kathleen Dacruz works as a paralegal for McGillivary Steele Elkin LLP and performed traditional paralegal work in this case, including but not limited to organizing reviewing, preparing and redacting Plaintiffs' consent-to-sue forms for filing, preparing pleadings for filing, and conducting telephone conversations and communications with Plaintiffs. She performed a total of 10.6 hours in this a matter through May 23, 2022, and the Plaintiffs seek $150 per hour for her services.

18. Attorneys at MSE associated with experienced Delaware counsel at Connolly Gallagher, LLP — specifically, attorneys Aaron Shapiro and Lauren DeLuca — for purposes of prosecuting this case. Mr. Shapiro and Ms. DeLuca typically charge, and are able to recover, attorneys' fees at a rate of $450 per hour for their services in the local market.

19. Aaron Shapiro is a partner with Connolly Gallagher, LLP. He has represented public, private, higher education, and non-profit clients for more than 25 years, with an emphasis on labor relations, collective bargaining, employment law, compensation, regulatory and government affairs, internal governance, complex construction projects, and transactional matters. He has extensively litigated, and is frequent speaker on interest arbitration, wages and benefits, contract development and enforcement, employee accountability, impact bargaining, bargaining unit formation and composition, scope of bargaining, bonds and sureties, and mechanics liens. Mr. Shapiro earned his Juris Doctor (*cum laude*) from the Widener University Delaware Law School, and was a member of *Widener Law Symposium Journal*. Mr. Shapiro is admitted to practice in Delaware, Pennsylvania, the U.S. District Courts for Delaware and the Eastern District of Pennsylvania, and the U.S. Court of Appeals for the Third Circuit.

20. Lauren DeLuca is an Associate with Connolly Gallagher LLP and she represents individuals as well as businesses, non-profit corporations, and government entities in their employment-related and other matters before administrative agencies (such as the Delaware Department of Labor – Office of Anti-Discrimination and the Division of Unemployment Insurance, the Delaware Human Relations Commission, the Delaware Division of Professional Regulations, the Equal Employment Opportunity Commission, and the National Labor Relations Board), federal court, and the Delaware state courts. She also advises clients regarding personnel policies and handbooks and helps clients navigate personnel issues, including hiring and separation of employees. Ms. DeLuca obtained her J.D. (*cum laude*) from Villanova University Charles Widger School of Law, Pennsylvania, in 2014, where she served as Articles Editor for the *Villanova Law Review*. She earned and her B.A. (with Honors) in English Literature and German Studies from Swarthmore College, Pennsylvania in 2010. Ms. DeLuca is admitted to practice and a member of good standing of the bars of the State of Delaware, U.S. District Court for the District of Delaware, U.S. Court of Appeals for the Third Circuit, the Commonwealth of Pennsylvania, and the State of New Jersey.

21. A summary of the hours of work and fees charged by MSE is set forth in **Exhibit A**, along with a breakdown of the services performed by each attorney and paralegal on a daily basis, recorded on a tenth of an hour basis. The total chargeable fees for my services and for those of the other attorneys and paralegals at MSE on this case through May 23, 2022, using the reduced hourly rates based on the rates typically utilized by our local Delaware counsel to ensure that MSE's rates in this case would be within the reasonable rates awarded for FLSA cases in this area, are $62,886.77.

22. A summary of the hours of work and fees charged by Connolly Gallagher LLP is set forth in **Exhibit B**, along with a breakdown of the services performed by each attorney and paralegal on a daily basis, recorded on a tenth of an hour basis. The total chargeable fees for the services of the attorneys and paralegals at Connolly Gallagher LLP on this case through May 23, 2022, are $8,509.00.

23. The hourly rates listed by the attorneys and paralegals working on this case are substantially less than the hourly rates that McGillivary Steele Elkin LLP regularly recovers in multi-plaintiff and multi-grievant wage and hour cases. McGillivary Steele Elkin LLP is located in Washington, D.C. The reasonable hourly rates for MSE attorneys in cases such as the instant litigation are normally determined by the "adjusted Laffey Matrix" (*see* www.laffeymatrix.com), which sets the hourly rates for attorneys in Washington, D.C., as determined by the Court in *Laffey v. Northwest Airlines*, 572 F. Supp. 354 (D.D.C. 1983), *aff'd in part, rev'd in part on other grounds*, 746 F.2d 4 (D.C. Cir. 1984), *cert. denied*, 472 U.S. 1031 (1985). The courts have adjusted this rate, which the U.S. District for the District of Columbia approved in *Salazar v. District of Columbia*, 123 F. Supp. 2d 8, 13 (D.D.C. 2000). The adjusted Laffey Matrix was endorsed by the Court of Appeals for the D.C. Circuit in *DL v. District of Columbia*, 924 F.3d 585 (D.C. Cir. 2019). Lower federal courts in the District of Columbia have used this adjusted Laffey Matrix when determining whether fee awards are reasonable. *See, e.g.*, *Blackman v. District of Columbia*, 59 F. Supp. 2d 37, 43 (D.D.C. 1999); *Jefferson v. Milvets System Tech. Inc.*, *986* F. Supp. 6, 11 (D.D.C. 1997); *Ralph Hoar & Assocs. v. Nat'l Highway Transp. Safety Admin*., 985 F. Supp. 1, 9-10 (D.C. Cir. 1997). Significantly, the Third Circuit has endorsed the use of the adjusted Laffey Matrix in determining reasonable hourly rates for Washington, DC attorneys. *Interfaith Cmty. Org. v. Honeywell Int'l, Inc.*, 726 F.3d 403, 416 (3d Cir. 2013) ("We thus affirm the District Court's use

of the LSI-updated Laffey Matrix to determine the prevailing rates in the Washington, D.C. market."). Plaintiffs' counsel, in cases such as these, regularly charge and are awarded hourly rates equal to the billing rates set forth in the updated Laffey Matrix. However, for purposes of facilitating settlement here and with mind towards the fees typically charged in this district, Plaintiffs reduced those rates to those set forth above.

24. As of May 23, 2022, Plaintiffs' attorneys' fees equaled $71,395.77, expenses totaled $989.77. Total, Plaintiffs' attorneys' fees and expenses equaled $71,880.77. Of course, additional fees and expenses have accrued since that date related to finalization of the settlement agreement and the instant motion, as well as discussions of the same with the plaintiffs.

25. Although the Plaintiffs agreed to pay a contingent fee of 25%, the Plaintiffs will pay a reduced contingent fee here given the statutory fees to be paid by Defendant pursuant to the Settlement Agreement. The contingency fee, after the expenses are reimbursed, will be $21,329.62. Thus, the contingent fee amount that Plaintiffs will actually pay represents approximately 9.56% of the Settlement net of costs.

26. Pursuant to the Settlement Agreement, the City has agreed to pay $45,900.00 in attorneys' fees and costs to fully and finally resolve the case.

27. The recording of time and services by McGillivary Steele Elkin LLP and Connolly Gallagher LLP was done on a contemporaneous basis, and that information has been accurately extracted from the firms' billing records.

28. All of the time and expenses expended in this matter have been, in fact, necessarily and reasonably expended on behalf of the Plaintiffs in this case.

29. MSE has a total of 12 attorneys and, for that reason, must carefully monitor the amount of time required by existing cases in determining whether to accept or pursue other matters.

In addition, this case had the potential to continue to require substantial time and effort, particularly if the Parties were to engage in further written discovery, depositions, motions for summary judgment and trial. This was a factor considered by our firm in deciding what fee-generating cases and other matters it could, and could not, pursue during this time frame.

30. In my role as lead counsel, I engaged in correspondence with plaintiffs, opposing counsel and the court, developing case strategy, participating in and overseeing discovery, drafting discovery requests, and negotiating a settlement to resolve this matter.

31. During the past eleven months of litigating this case as well as during prelitigation investigation, Plaintiffs' Counsel have not been paid for any of the work that they have performed. This uncompensated work has been substantial and includes, but is not limited to: (1) interviewing Plaintiffs; (2) preparing and filing the Complaint; (3) reviewing documents produced; (4) drafting written discovery; (5) preparing and exchanging settlement offers and counter-offers, in writing and verbally; (6) analyzing payroll and timekeeping data to prepare damages calculations; (7) engaging and overseeing communications to and with the Plaintiffs about the status of the case and settlement discussions; and (8) preparing and drafting settlement papers including the settlement agreement and the motion and memorandum in support of settlement approval.

32. On March 2, 2022, Plaintiffs submitted a settlement demand to Defendant. Over the subsequent weeks and concurrently with the Parties' engaging in initial written discovery, the Parties exchanged numerous offers and counter-offers and participated in multiple conferences to discuss the Parties' offers and damages calculations.

33. After weeks of arm's-length negotiation, the Parties reached an agreement in principle and notified the Court as such on April 27, 2022. Thereafter, the Parties reduced the Settlement Agreement to writing. Under the Settlement Agreement, the City will pay a total of

$268,918.46 to resolve the Plaintiffs' FLSA claims; this amount reflects $111,509.23 in backpay, $111,509.23 in liquidated damages, and $45,900.00 in reimbursed attorneys' fees and expenses.

34. At the time of settlement, the Parties had exchanged Initial Disclosures and sufficient targeted discovery to permit them to engage in meaningful settlement negotiations and to avoid unnecessary litigation expense. Specifically, Defendant produced Plaintiffs' payroll and timekeeping data, and Plaintiffs produced prepared and damages calculations.

35. There was no opportunity and no possibility for fraud or collusion, and the Parties agree that the Settlement Agreement was not the product of undue influence, duress, overreaching, collusion or intimidation.

36. Prior to reaching an agreement in principle, Plaintiffs' counsel spoke with a Settlement Team consisting of three Plaintiffs, the composition of which had been approved by all Plaintiffs. The settlement team reviewed each of the settlement offers and counter-offers and approved of the terms of the Settlement Agreement.

37. On April 29, 2022, Plaintiffs' Counsel sent each Plaintiff a letter informing them of the terms of the Settlement Agreement and including a chart setting for each individual Plaintiffs' damages award. This letter provided also provided Plaintiffs with information about questions or submitting objections to the settlement. To date, no Plaintiff has contacted Plaintiffs' counsel to object to the settlement.

38. The Parties' negotiations were principled, with each side basing their offers and counter-offers on the evidence in the record, Plaintiffs' estimates of the backpay and damages owed on their claims under the FLSA, and the Parties' own assessments of their litigation risks.

39. The Settlement Amount will be distributed to Plaintiffs based on their actual damages as calculated by Plaintiffs' Counsel and an additional amount as liquidated damages, with

the minimum total award being $250.00. Half of the monies will be allocated as backpay and half will be allocated as liquidated damages.

40. Based on the payroll and timekeeping data produced by Defendant, Plaintiffs' estimated potential maximum recovery, available only if Plaintiffs won full liquidated damages and a three-year recovery period for a willful violation, and assuming Plaintiffs' damages estimates are accurate, is approximately $262,376.66. If Plaintiffs were to win on their FLSA claims but lose on liquidated damages and the three-year statute of limitations, the recovery would be significantly less.

41. Significantly, *after* the contingency fee is taken, the Parties' the Parties' settlement represents 100% of the backpay owed to Plaintiffs over a three-year recovery period, plus an additional amount as liquidated damages equal to 54% of the backpay.

42. In addition, the City has agreed to re-classify Lieutenants and Captains as non-exempt effective April 1, 2022, which neither a jury nor the Court would have authority to award as a part of the litigation.

I declare under penalty of perjury, pursuant to 28 U.S.C. Section 1746, that the foregoing is true and correct.

Dated: June 17, 2022

*/s/ Sara L. Faulman*
Sara L. Faulman

# Exhibit A

# McGILLIVARY STEELE ELKIN LLP

**Summary of Attorneys' Fees**

*Report Period: 04/01/2021 to 05/23/2022*

IAFF FLSA
Local 1590, Wilmington, DE

Gregory McGillivary

| Year | Rate | Hours Worked | | Amount |
|---|---|---|---|---|
| 2021 | 400 | 1.60 | | $640.00 |
| 2022 | 400 | 0.30 | | $120.00 |
| | | | **Sub Total:** | $760.00 |

David Ricksecker

| Year | Rate | Hours Worked | | Amount |
|---|---|---|---|---|
| 2021 | 400 | 2.40 | | $960.00 |
| | | | **Sub Total:** | $960.00 |

Sara Faulman

| Year | Rate | Hours Worked | | Amount |
|---|---|---|---|---|
| 2021 | 400 | 24.70 | | $9,880.00 |
| 2022 | 400 | 22.30 | | $8,920.00 |
| | | | **Sub Total:** | $18,800.00 |

Sarah Block

| Year | Rate | Hours Worked | | Amount |
|---|---|---|---|---|
| 2021 | 350 | 32.90 | | $11,515.00 |
| 2022 | 350 | 39.40 | | $13,790.00 |
| | | | **Sub Total:** | $25,305.00 |

Chelsea Williams

| Year | Rate | Hours Worked | | Amount |
|---|---|---|---|---|
| 2021 | 220 | 27.60 | | $6,072.00 |
| | | | **Sub Total:** | $6,072.00 |

Keith Nickerson

| Year | Rate | Hours Worked | | Amount |
|---|---|---|---|---|
| 2021 | 150 | 0.40 | | $60.00 |
| 2022 | 150 | 25.90 | | $3,885.00 |
| | | | **Sub Total:** | $3,945.00 |

Richard DeBoard

| Year | Rate | Hours Worked | | Amount |
|---|---|---|---|---|
| 2022 | 150 | 33.00 | | $4,950.00 |
| | | | **Sub Total:** | $4,950.00 |

McGillivary Steele Elkin LLP
Local 1590, Wilmington, DE
Report Period: 4/1/2021 to 5/23/2022
Page 2

Kathleen Dacruz

| Year | Rate | Hours Worked | | Amount |
|---|---|---|---|---|
| 2021 | 150 | 7.90 | | $1,185.00 |
| 2022 | 150 | 2.70 | | $405.00 |
| | | | **Sub Total:** | $1,590.00 |

**Total** $62,382.00

**Expenses** $504.77

**MSE TOTAL** $62,886.77

**Local Counsel Fees:** $8,509.00

**Local Counsel Expenses** $485.00

**Connolly Gallagher LLP TOTAL** $8,994.00

**GRAND TOTAL: $71,880.77**

**McGILLIVARY STEELE ELKIN LLP**

**SERVICES PERFORMED BY**
**Gregory McGillivary**
*Report Period: 04/01/2021 to 05/23/2022*

IAFF FLSA
Local 1590, Wilmington, DE FLS

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 4/26/2021 | 0.80 | Participate in team meeting to discuss case strategy; review and revise retainer; conference with SLF about questions for local president. |
| 5/7/2021 | 0.30 | Emails with SLF about filling and strategy. |
| 5/10/2021 | 0.50 | Conference about case facts; emails about questions from local counsel about case and case strategy. |
| 3/8/2022 | 0.30 | Conference with SLF, re: a framework for settlement and distribution of funds |

**McGILLIVARY STEELE ELKIN LLP**

**SERVICES PERFORMED BY**
**David Ricksecker**
*Report Period: 04/01/2021 to 05/23/2022*

IAFF FLSA
Local 1590, Wilmington, DE FLS

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 4/1/2021 | 1.10 | Edit and discuss Wilmington opinion letter. |
| 4/2/2021 | 1.30 | Edit letter; review KAN's edits for Wilmington FLSA issues. |

**McGILLIVARY STEELE ELKIN LLP**

**SERVICES PERFORMED BY**
**Sara Faulman**
*Report Period: 04/01/2021 to 05/23/2022*

IAFF FLSA
Local 1590, Wilmington, DE FLS

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 4/26/2021 | 1.30 | Prepare for and participate in office call regarding case opening; revise retainer / consent; office emails regarding case status and meeting with clients |
| 4/27/2021 | 1.20 | Prepare for and participate in call with client and litigation team; follow up telephone call with litigation team regarding assignments |
| 4/30/2021 | 0.20 | Emails with trial team regarding potential plaintiff question |
| 5/4/2021 | 0.90 | Edit complaint further; office email discussions, re: same |
| 5/6/2021 | 0.90 | Final edits to Complaint; assignment to CMW regarding same; correspondence with local counsel |
| 5/7/2021 | 0.70 | Call with potential local counsel and emails with GKM regarding agreement with same |
| 5/10/2021 | 1.30 | Draft agreement between firms; follow up emails with GKM and potential local counsel regarding claims and discovery issues |
| 5/11/2021 | 0.20 | Additional emails with local counsel |
| 5/12/2021 | 0.40 | Follow up correspondence with local counsel regarding case issues; edit rep letter to plaintiffs |
| 5/18/2021 | 0.70 | Draft responses to local counsel regarding case issues |
| 5/19/2021 | 0.30 | Finalize responses to local counsel regarding case matters |
| 5/25/2021 | 0.60 | Analyze changes to contract; emails with team regarding same |
| 5/26/2021 | 0.60 | Correspondence with local counsel; edit and revise agreement regarding division of work |

**McGILLIVARY STEELE ELKIN LLP**

**SERVICES PERFORMED BY**
**Sara Faulman**
*Report Period: 04/01/2021 to 05/23/2022*

IAFF FLSA
Local 1590, Wilmington, DE FLS

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 6/1/2021 | 0.80 | Emails with office and local counsel, re: filing of complaint; final edit of complaint before sending to local counsel for compliance review |
| 6/2/2021 | 0.20 | Correspondence with local counsel and office, re: filing date |
| 6/7/2021 | 1.20 | Finalize complaint; email with local counsel and office, re: same; review additional edits from local counsel; office emails, re: corrected consent forms |
| 6/8/2021 | 0.40 | Emails with local counsel and office, re: finalization of Complaint and filing of same |
| 6/11/2021 | 0.20 | Office emails, re: pro hac vice motion; emails with local counsel, re: service |
| 6/15/2021 | 0.30 | Emails with local counsel, re: pro hac vice motions; review summonses and calendaring City Answer to Complaint |
| 6/17/2021 | 0.60 | Emails with local counsel and office, re: summonses and additional plaintiffs |
| 6/29/2021 | 0.80 | Emails with office and local counsel, re: extension request and amended complaint; analyze and edit amended complaint |
| 6/30/2021 | 0.80 | Review summary of call with City; office emails, re: same; edit notice and related materials; emails with local counsel |
| 7/1/2021 | 1.40 | Multiple communications with local counsel and office, re: strategy of adding plaintiffs; edit and revise letter, re: settlement requests and discuss same with co-counsel; review court order on defendant motion |
| 7/7/2021 | 0.30 | Emails with local counsel, re: Amended Complaint; finalize letter to City, re: payroll data |
| 7/28/2021 | 0.10 | Discussion, re: deadline for complaint opposition and stay for settlement with S. Block |

**McGILLIVARY STEELE ELKIN LLP**

**SERVICES PERFORMED BY**
**Sara Faulman**
*Report Period: 04/01/2021 to 05/23/2022*

IAFF FLSA
Local 1590, Wilmington, DE FLS

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 7/30/2021 | 0.90 | Analyze Defendant Answer; emails, re: same |
| 8/2/2021 | 0.30 | Review correspondence from opposing counsel and correspondence with office, re: same |
| 9/2/2021 | 0.30 | Review City response to request for update; email and office discussions with SMB, re: methods to move production of payroll data |
| 9/7/2021 | 0.40 | Review proposed scheduling order and email with SMB and CMW, re: same and strategy for moving settlement |
| 9/8/2021 | 0.20 | Review edits to scheduling order and discuss same with SMB |
| 9/21/2021 | 0.30 | Review City suggested edits to scheduling order and information on potential settlement; emails with SMB, re: same |
| 9/22/2021 | 0.20 | Review information from local counsel, re: scheduling order thoughts; emails with SMB, re: same and response to City |
| 9/27/2021 | 0.20 | Correspondence, re: motion |
| 10/6/2021 | 0.30 | Office emails, re: new plaintiff |
| 10/12/2021 | 0.20 | Review and respond to question from City, re: edits to schedule order |
| 10/26/2021 | 0.60 | Final edit and approval of confidentiality motion; office discussions, re: potential need to add additional plaintiff |
| 10/27/2021 | 0.20 | Emails with SMB, re: local counsel issue |
| 10/29/2021 | 0.60 | Emails with SMB and local counsel, re: discovery issue |

**McGILLIVARY STEELE ELKIN LLP**

**SERVICES PERFORMED BY**
**Sara Faulman**
*Report Period: 04/01/2021 to 05/23/2022*

IAFF FLSA
Local 1590, Wilmington, DE FLS

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 11/2/2021 | 0.30 | Review Court orders and emails with SMB, re: same |
| 11/5/2021 | 0.20 | Email correspondence, re: court hearing |
| 11/9/2021 | 0.30 | Review summary of discussion on prep for hearing; emails with SMB, re: same |
| 11/10/2021 | 0.20 | Emails with team, re: Court hearing and next steps |
| 11/16/2021 | 0.40 | Review Court order on case deadlines |
| 11/18/2021 | 0.20 | Correspondence, re: discovery issues |
| 12/6/2021 | 0.90 | Edit initial disclosures; edit initial discovery requests; email with SMB, re: same |
| 12/9/2021 | 0.80 | Review edits to discovery requests; review Court order on confidentiality |
| 12/10/2021 | 0.30 | Emails with SMB, re: service of initial disclosures and discovery requests; initial analysis of defendant's initial disclosures |
| 1/6/2022 | 0.20 | Emails with SMB regarding discovery deadlines and related issues |
| 1/11/2022 | 0.30 | Emails with office / local counsel regarding discovery issues |
| 1/12/2022 | 0.60 | Review response from defense counsel regarding issues with document production; emails with SMB and local counsel team regarding same; review ESI materials |
| 1/13/2022 | 0.60 | Correspondence with local counsel and SMB regarding discovery issues; edit letter to City regarding same |

**McGILLIVARY STEELE ELKIN LLP**

**SERVICES PERFORMED BY**
**Sara Faulman**
*Report Period: 04/01/2021 to 05/23/2022*

IAFF FLSA
Local 1590, Wilmington, DE FLS

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 1/21/2022 | 0.30 | Initial review of emails from defense counsel re: discovery |
| 1/24/2022 | 0.40 | Review and respond to SMB question regarding potential expert; initial review of issue with defendant production of discovery materials |
| 1/25/2022 | 0.30 | Team emails regarding discovery production and next steps with respect to same |
| 1/27/2022 | 0.20 | Review information from defendant regarding further delays |
| 1/31/2022 | 0.30 | Analyze initial response regarding discovery updates |
| 2/4/2022 | 0.60 | Review discovery responses; meeting with SMB and KAN regarding data from recent discovery dump |
| 2/7/2022 | 0.30 | Office emails regarding discovery; review correspondence from opposing counsel regarding same |
| 2/15/2022 | 0.60 | Prepare for and participate in call with office, re: damage calculations; notes to file, re: same |
| 2/16/2022 | 0.30 | Follow up correspondence, re: issues with payroll data |
| 2/23/2022 | 0.20 | Telephone conference with local counsel and client, re: [redacted] |
| 2/24/2022 | 0.50 | Edit and revise letter to plaintiffs, re: [redacted] |
| 2/25/2022 | 2.10 | Prepare and participate in call with KAN, RD, and SMB, re: damages; prepare and participate in call with settlement team about [redacted]; edit and revise settlement demand |

**McGILLIVARY STEELE ELKIN LLP**

**SERVICES PERFORMED BY**
**Sara Faulman**
*Report Period: 04/01/2021 to 05/23/2022*

IAFF FLSA
Local 1590, Wilmington, DE FLS

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 2/28/2022 | 0.70 | Final edits to settlement demand; correspondence with SMB, re: same and local counsel review; further emails with SMB and local counsel, re: damages |
| 3/1/2022 | 0.60 | Prepare for and participate in call with team, re: damages / demand; edit information requested by local counsel; review response to same |
| 3/2/2022 | 0.20 | Finalize and send settlement demand |
| 3/7/2022 | 0.20 | Emails with opposing counsel, and office, re: damages call for settlement possibility |
| 3/8/2022 | 0.90 | Prepare for and participate in settlement call with defense counsel; follow up discussions with SMB; discuss damages issue with GKM |
| 3/14/2022 | 0.20 | Correspondence with local counsel, re: settlement / damages issue |
| 3/15/2022 | 0.80 | Prepare for and participate in calls with SMB, and settlement team to discuss strategy |
| 3/16/2022 | 0.10 | Review correspondence from plaintiff and direct assignment to SMB |
| 3/22/2022 | 0.30 | Emails with SMB and opposing counsel regarding status of settlement discussions |
| 3/30/2022 | 0.40 | Review defendant response to reclassification and settlement; review updated damages calculations |
| 3/31/2022 | 0.60 | Prepare for and participate in call with opposing counsel and SMB re: settlement; texts with office re: damages meeting |
| 4/4/2022 | 0.80 | Prepare for and participate in preparation meeting with KAN/RD/SMB; damages discussion with opposing counsel; follow up correspondence, re: same; review KAN damages estimate based on data from opposing counsel |

**McGILLIVARY STEELE ELKIN LLP**

**SERVICES PERFORMED BY**
**Sara Faulman**
*Report Period: 04/01/2021 to 05/23/2022*

IAFF FLSA
Local 1590, Wilmington, DE FLS

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 4/5/2022 | 0.30 | Emails with local counsel, re: settlement |
| 4/8/2022 | 0.70 | Preparation call with SMB, re: settlement; telephone conference with settlement team |
| 4/11/2022 | 0.50 | Prepare for and participate in call with opposing counsel, re: settlement; discussion with SMB, re: same and timing of approval motions |
| 4/14/2022 | 0.70 | Emails and calls with team, re: defendant counter-offer, strategy, and ultimate settlement |
| 4/15/2022 | 0.70 | Edit settlement letter to plaintiffs; emails with SMB, re: same |
| 4/18/2022 | 1.10 | Revise Settlement Agreement; emails with SMB, re: same; emails with SMB, re: edits to settlement letter to plaintiffs |
| 4/19/2022 | 0.60 | Emails with SMB, re: agreement language; review Exhibit A; correspondence, re: carve-out in agreement |
| 4/20/2022 | 0.60 | Emails with local counsel, re: potential carve-out for grievances; additional edits to settlement agreement, re: same; emails with SMB and opposing counsel |
| 4/26/2022 | 0.30 | Review and approve joint notice of settlement |
| 4/27/2022 | 0.20 | Emails with opposing counsel, re: settlement agreement and notice to Court |
| 4/29/2022 | 0.30 | Emails with team regarding settlement agreement and City response to proposed split, emails about letters to plaintiffs |
| 5/6/2022 | 0.20 | Emails and correspondence regarding motion for approval |
| 5/10/2022 | 0.70 | Analyze proposed edits by City, emails with team regarding response proposals; review City's response to same |

**McGILLIVARY STEELE ELKIN LLP**

**SERVICES PERFORMED BY**
**Sara Faulman**

*Report Period: 04/01/2021 to 05/23/2022*

IAFF FLSA
Local 1590, Wilmington, DE FLS

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 5/12/2022 | 0.20 | Review local counsel materials for settlement brief |
| 5/17/2022 | 1.30 | Edit settlement motion and emails with SMB regarding edits to same |
| 5/18/2022 | 0.30 | Correspondence with SMB regarding finalizing agreement; correspondence with SMB regarding City failure to convert plaintiffs' FLSA status |

**McGILLIVARY STEELE ELKIN LLP**

**SERVICES PERFORMED BY**
**Sarah Block**
*Report Period: 04/01/2021 to 05/23/2022*

IAFF FLSA
Local 1590, Wilmington, DE FLS

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 4/26/2021 | 1.50 | Conference re new case, next steps, case overview (Wilmington, DE); revise consent-retainer |
| 4/27/2021 | 0.80 | Conference with local re next steps, complaint, consent form |
| 5/3/2021 | 7.00 | Draft complaint and follow up call with Huovinen, re: potential plaintiff |
| 5/3/2021 | 0.70 | Review and revise complaint draft |
| 5/4/2021 | 0.20 | Office emails, re: revisions to complaint draft |
| 5/7/2021 | 2.00 | Finalize complaint and send to [redacted], complete summons and civil cover sheet, update [redacted] on status of consents |
| 5/11/2021 | 0.20 | Revise rep letter draft |
| 5/12/2021 | 1.50 | Revise plaintiff letter and call with Houvinen, re: [redacted] |
| 5/25/2021 | 0.20 | Office conference, re: case status, local counsel agreement |
| 5/26/2021 | 0.20 | Review and revise local counsel agreement |
| 6/7/2021 | 0.40 | Revise civil cover sheet and exhibit; office emails, re: plaintiff forms; review complaint and finalize for filing |
| 6/8/2021 | 0.70 | Review and finalize complaint for filing |
| 6/9/2021 | 0.30 | Review process server options; review docket; emails, re: service of complaint |
| 6/24/2021 | 0.20 | Emails, re: new consent forms and potential amendment |
| 6/28/2021 | 0.30 | Emails with opposing counsel, re: extension request and amended complaint |
| 6/29/2021 | 0.70 | Conference with opposing counsel, re: extension and phone call; office emails, re: same |

**McGILLIVARY STEELE ELKIN LLP**

**SERVICES PERFORMED BY**
**Sarah Block**
*Report Period: 04/01/2021 to 05/23/2022*

IAFF FLSA
Local 1590, Wilmington, DE FLS

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 6/30/2021 | 1.40 | Prepare for call with opposing counsel; office conference, re: same; participate in call with opposing counsel and follow-up correspondence; draft letter requesting documents for early settlement |
| 7/1/2021 | 0.90 | Emails, re: motion for extension, notice of filing |
| 7/7/2021 | 0.50 | Finalize and send letter to City, re: settlement data; update docket; emails, re: amended complaint service |
| 7/28/2021 | 0.10 | Conference with S. Faulman, re: deadline for opposition to complaint and stay for settlement |
| 7/30/2021 | 0.40 | Draft and send email to City, re: answer and settlement negotiations; review answer |
| 9/2/2021 | 0.80 | Draft and send email to opposing counsel re status of data production; review local rules for scheduling order procedures |
| 9/7/2021 | 0.60 | Review and revise proposed scheduling order; email to local counsel |
| 9/8/2021 | 0.50 | Review and revise proposed scheduling order; emails with local counsel, re: scheduling order |
| 9/9/2021 | 0.20 | Finalize and send proposed scheduling order to City for review |
| 9/17/2021 | 0.30 | Follow-up on data collection and proposed scheduling order; emails and research, re: withdrawal of CMW pro hac vice |
| 9/21/2021 | 0.30 | Emails, re: scheduling order |
| 9/22/2021 | 0.50 | Review correspondence from local counsel; respond to City, re: scheduling order edits |
| 9/27/2021 | 0.50 | Draft motion to withdraw CMW; correspondence with local counsel, re: same |
| 9/28/2021 | 0.20 | Update docket; correspondence, re: motion to withdraw CMW |
| 10/4/2021 | 0.20 | Emails with defendant, re: status of protective order and scheduling order |
| 10/6/2021 | 0.60 | Review proposed draft scheduling orders; office emails, re: same; emails with opposing counsel, re: scheduling and confidentiality orders |

**McGILLIVARY STEELE ELKIN LLP**

**SERVICES PERFORMED BY**
**Sarah Block**
*Report Period: 04/01/2021 to 05/23/2022*

IAFF FLSA
Local 1590, Wilmington, DE FLS

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 10/7/2021 | 0.50 | Conference with City's counsel, correspondence with local counsel, re: scheduling order and confidentiality stipulation |
| 10/8/2021 | 0.20 | Emails, re: confidentiality agreement and scheduling order |
| 10/26/2021 | 1.00 | Review confidentiality stipulation, draft and send local counsel correspondence; conference with plaintiff; draft notice of filing consent form |
| 10/29/2021 | 0.60 | Draft and send email to local counsel and opposing counsel re confidentiality stipulation |
| 11/2/2021 | 0.30 | Research, re: new judge assignment from Third Circuit; office correspondence, re: court orders |
| 11/5/2021 | 0.20 | Correspondence with court, local counsel, re: scheduling conference |
| 11/9/2021 | 1.00 | Conference with local counsel, re: preparation for scheduling conference; office correspondence, re: same |
| 11/10/2021 | 0.70 | Prepare for and participate in scheduling conference with court; follow-up correspondence with SLF and local counsel, re: same |
| 11/16/2021 | 0.10 | Emails, re: scheduling order |
| 11/18/2021 | 1.20 | Revise confidentiality order and draft correspondence to opposing counsel; draft initial disclosures |
| 11/19/2021 | 0.40 | Prepare documents for initial disclosures; correspondence, re: confidentiality stipulation |
| 11/24/2021 | 0.70 | Draft discovery requests |
| 12/6/2021 | 0.30 | Revise initial disclosures and discovery, correspondence with local counsel, re: same |
| 12/9/2021 | 0.40 | Revise and finalize initial disclosures and first set of requests for production; correspondence with local counsel, re: same |
| 12/10/2021 | 0.40 | Finalize and serve initial disclosures and requests for production; review City's initial disclosures |
| 1/6/2022 | 0.20 | Review scheduling order and discovery deadlines, office correspondence re same |
| 1/10/2022 | 0.40 | Correspondence with plaintiff re [redacted] review Defendant's response to requests for production |

**McGILLIVARY STEELE ELKIN LLP**

**SERVICES PERFORMED BY**
**Sarah Block**
*Report Period: 04/01/2021 to 05/23/2022*

IAFF FLSA
Local 1590, Wilmington, DE FLS

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 1/11/2022 | 1.80 | Research and draft, send email to opposing counsel re deficient discovery; correspondence with local counsel re same |
| 1/12/2022 | 0.80 | Correspondence with defendant and follow-up office conference re discovery responses; conference with plaintiff |
| 1/13/2022 | 2.20 | Review e-discovery default standard and prepare for discovery meet and confer with defendant; call with defense counsel re discovery deficiencies; draft and send follow-up correspondence with office, opposing counsel; conference with plaintiff |
| 1/14/2022 | 0.90 | Conference with KAN re damages calculations, correspondence with defense counsel re data production |
| 1/21/2022 | 0.20 | Download discovery responses |
| 1/24/2022 | 0.30 | Correspondence re discovery production |
| 1/26/2022 | 0.40 | Conference with plaintiff re [redacted], draft and send email to defense counsel re data |
| 1/27/2022 | 0.20 | Correspondence re discovery production and data |
| 2/4/2022 | 1.20 | Review new production and correspondence re same; research and correspondence on fees and settlement demand |
| 2/7/2022 | 0.30 | Conference with City, office correspondence, re settlement demand and damages calcs |
| 2/9/2022 | 0.50 | Draft settlement demand |
| 2/11/2022 | 0.30 | Correspondence with local counsel; office correspondence, re: settlement |
| 2/14/2022 | 0.30 | Conference with KAN, and RED, re: damages calculations |
| 2/15/2022 | 1.20 | Conference with KAN, RED, SLF, re: damages calculations; conference with plaintiffs and settlement team |
| 2/16/2022 | 0.40 | Review damages calculations, correspondence, re: data analysis |
| 2/22/2022 | 0.40 | Review fees and damages, prepare settlement demand |

**McGILLIVARY STEELE ELKIN LLP**

**SERVICES PERFORMED BY**
**Sarah Block**
*Report Period: 04/01/2021 to 05/23/2022*

IAFF FLSA
Local 1590, Wilmington, DE FLS

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 2/23/2022 | 0.30 | Review damages calculations and prepare settlement demand |
| 2/24/2022 | 0.70 | Correspondence with City, re: discovery, settlement; draft settlement team letter |
| 2/25/2022 | 2.00 | Office conference, re: settlement team letters; conference with settlement team; revise settlement demand |
| 2/28/2022 | 0.80 | Revise draft settlement demand, correspondence with local counsel |
| 3/1/2022 | 0.80 | Conference, re: data analysis, correspondence with settlement team |
| 3/2/2022 | 0.20 | Correspondence, re: settlement demand |
| 3/7/2022 | 0.20 | Correspondence, re: settlement, damages calculations |
| 3/8/2022 | 1.10 | Conference with City, re: settlement, damages; office correspondence, re: same; conference with settlement team member |
| 3/10/2022 | 0.20 | Correspondence with settlement team |
| 3/15/2022 | 0.50 | Conference with SLF, and settlement team, re: [redacted] |
| 3/16/2022 | 0.20 | Conference with plaintiff, re: [redacted] |
| 3/22/2022 | 0.20 | Correspondence with City re: settlement negotiation status |
| 3/28/2022 | 0.20 | Follow up with City re: settlement status |
| 3/29/2022 | 0.20 | Correspondence with City re: settlement |
| 3/30/2022 | 0.20 | Correspondence with City, review revised damages calculations |
| 3/31/2022 | 1.00 | Conference with SLF, conference and correspondence with City re: settlement and damages; conference with plaintiff |
| 4/4/2022 | 0.70 | Conference with office and City, re: settlement demand and damages calculations |
| 4/5/2022 | 0.40 | Conference with KAN, re: damages; correspondence with local counsel, re: settlement progress |

**McGILLIVARY STEELE ELKIN LLP**

**SERVICES PERFORMED BY**
**Sarah Block**
*Report Period: 04/01/2021 to 05/23/2022*

IAFF FLSA
Local 1590, Wilmington, DE FLS

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 4/8/2022 | 1.10 | Call with SLF and settlement team, re: [redacted]; correspondence with City |
| 4/11/2022 | 0.50 | Prepare for and participate in settlement-related call with City |
| 4/14/2022 | 0.80 | Correspondence with City, re: settlement, correspondence with plaintiffs and local counsel; draft letter to plaintiffs |
| 4/15/2022 | 1.80 | Draft plaintiff settlement letter; draft settlement agreement |
| 4/18/2022 | 0.40 | Revise settlement agreement draft; conference with City, re: settlement agreement |
| 4/19/2022 | 0.60 | Review settlement exhibit; correspondence with local counsel, re: agreement draft |
| 4/20/2022 | 0.20 | Draft settlement agreement; correspondence, re: same |
| 4/26/2022 | 0.30 | Draft joint notice of settlement; correspondence with City, re: same |
| 4/27/2022 | 0.30 | Finalize joint motion to stay |
| 4/29/2022 | 0.90 | Conference with City; office conference, re: settlement; finalize settlement notification letter; research and conference with plaintiff, re: [redacted] |
| 5/2/2022 | 0.20 | Conference with plaintiff re [redacted] |
| 5/5/2022 | 0.80 | Conference with plaintiff, KAN re settlement damages |
| 5/6/2022 | 0.70 | Correspondence with local counsel re status, motion for approval; Conference with plaintiff re [redacted] |
| 5/10/2022 | 0.40 | Review and revise settlement agreement |
| 5/12/2022 | 0.80 | Conference with plaintiff re [redacted]; research and draft motion for approval |
| 5/13/2022 | 2.00 | Research and draft motion for settlement approval, SLF declaration |
| 5/16/2022 | 2.80 | Update general counsel report with current status; research and draft settlement approval motion |
| 5/17/2022 | 0.90 | Research and draft motion for approval, declaration; correspondence with plaintiff |

**McGILLIVARY STEELE ELKIN LLP**

**SERVICES PERFORMED BY**
**Sarah Block**
*Report Period: 04/01/2021 to 05/23/2022*

IAFF FLSA
Local 1590, Wilmington, DE FLS

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 5/18/2022 | 1.80 | Research and revise motion for approval; conference with defense counsel and correspondence re settlement agreement |
| 5/23/2022 | 0.20 | Correspondence with defendant re settlement |

**McGILLIVARY STEELE ELKIN LLP**

**SERVICES PERFORMED BY**
**Chelsea Williams**
*Report Period: 04/01/2021 to 05/23/2022*

IAFF FLSA
Local 1590, Wilmington, DE FLS

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 4/26/2021 | 5.20 | Internal team meeting re next case steps, draft retainer agreement and identify local counsel. |
| 4/27/2021 | 3.30 | Meeting with Local re [redacted], finalize retainer agreement and send to Local. |
| 4/30/2021 | 5.00 | Call with Steve Huovinen re [redacted] and draft complaint. |
| 6/1/2021 | 1.00 | Revise complaint. |
| 6/7/2021 | 2.50 | Revise and finalize complaint and supporting documents. |
| 6/10/2021 | 0.30 | Edit and finalize representation letter; email, re: mailing to plaintiffs. |
| 6/11/2021 | 0.30 | Update pro hac vices and send to local counsel. |
| 6/15/2021 | 0.20 | Finalize pro hac vice motions. |
| 6/29/2021 | 1.30 | Draft amended complaint; emails, re: plaintiff list. |
| 6/30/2021 | 1.10 | Call with opposing counsel; draft Notice to add additional plaintiffs. |
| 7/30/2021 | 2.00 | Review defendant's answer; review emails, re: answer; research local rules, re: scheduling conference. |
| 8/4/2021 | 0.30 | Email and phone correspondence with plaintiff, re: [redacted]. |
| 9/7/2021 | 5.00 | Draft and revise proposed scheduling order. |

**McGILLIVARY STEELE ELKIN LLP**

**SERVICES PERFORMED BY**
**Keith Nickerson**
*Report Period: 04/01/2021 to 05/23/2022*

IAFF FLSA
Local 1590, Wilmington, DE FLS

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 4/26/2021 | 0.40 | Office meeting re initial steps for complaint filing and case strategy |
| 1/14/2022 | 0.80 | Review data and discuss case status with Block; prepare summary email for Block on data requirements |
| 1/24/2022 | 1.70 | Review discovery production and discuss with Block, and O'Brien for review; discuss with DeBoard for data analysis |
| 1/25/2022 | 0.80 | Review pay data and prepare email about data received from Agency |
| 1/31/2022 | 0.60 | Review additional pay data produced as part of discovery and prepare summary email |
| 2/4/2022 | 2.30 | Review data and prepare damages calculations; discuss with Faulman and Block |
| 2/7/2022 | 1.80 | Discuss with DeBoard; prepare damages calculations; review data |
| 2/8/2022 | 1.20 | Review data and discuss damages calculations with DeBoard |
| 2/14/2022 | 2.40 | Review data and prepare damages calculations with RED; discuss with SMB |
| 2/15/2022 | 2.60 | Review data and discuss damages calculations with RED; meet with SLF, RED and SMB to discuss damages calculations |
| 2/16/2022 | 0.80 | Meeting with RED to discuss damages calculations and data |
| 2/22/2022 | 0.60 | Review data and respond to inquiry from SMB |
| 2/23/2022 | 0.50 | Meet with RED to discuss revisions to damages calculations |
| 2/25/2022 | 1.30 | Meet with RED and SMB to discuss damages calculations; meet with settlement team to discuss [redacted] |
| 3/1/2022 | 1.70 | Discuss damages calculations with SMB, SLF, and RED; prepare calculation summary narrative for local counsel |
| 3/8/2022 | 0.40 | Review damages calculations with RED and prepare version for Defendant |
| 3/30/2022 | 0.20 | Adjust projection for damages calculations; discuss with SMB |
| 4/4/2022 | 2.40 | Review data for damages calculations and methodology with RED, SMB, SLF and Defendants' counsel; prepare summary scenarios on fees |

**McGILLIVARY STEELE ELKIN LLP**

**SERVICES PERFORMED BY**
**Keith Nickerson**
*Report Period: 04/01/2021 to 05/23/2022*

IAFF FLSA
Local 1590, Wilmington, DE FLS

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 4/8/2022 | 0.20 | Review data and discuss with SMB |
| 4/14/2022 | 1.10 | Review settlement information and prepare summary amounts |
| 4/19/2022 | 1.40 | Review data and prepare summary amounts for exhibit; prepare exhibit |
| 5/5/2022 | 0.90 | Review data provided by Defendant and prepare revised damages calculations with RED, TRC and SMB |
| 5/10/2022 | 0.20 | Review settlement agreement draft and offer comments |

**McGILLIVARY STEELE ELKIN LLP**

**SERVICES PERFORMED BY**
**Richard DeBoard**
*Report Period: 04/01/2021 to 05/23/2022*

IAFF FLSA
Local 1590, Wilmington, DE FLS

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 1/24/2022 | 2.70 | Prepare data. |
| 1/25/2022 | 1.40 | Preparing data. |
| 2/7/2022 | 4.70 | Meeting with Keith Nickerson to review new dataset and discuss next steps. Preparing data. |
| 2/8/2022 | 5.30 | Preparing data. Meeting with Keith Nickerson to review. |
| 2/10/2022 | 2.50 | Preparing data. |
| 2/14/2022 | 5.80 | Prepare data; meeting with Keith Nickerson to review |
| 2/15/2022 | 4.60 | Prepare data; meeting with SLF, SMB, KAN to review. |
| 2/16/2022 | 2.50 | Prepare data; meeting with KAN to review |
| 2/23/2022 | 2.00 | Meeting with KAN to review extrapolation method; adjust formulas to allow for extrapolation calculations |
| 2/25/2022 | 1.50 | Meeting with SLF, SMB, KAN, and lead plaintiffs to [redacted] |

**McGILLIVARY STEELE ELKIN LLP**

**SERVICES PERFORMED BY**
**Kathleen Dacruz**
*Report Period: 04/01/2021 to 05/23/2022*

IAFF FLSA
Local 1590, Wilmington, DE FLS

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 4/28/2021 | 0.50 | Review/edit consent form; create DocuSign link; correspondence with team |
| 4/29/2021 | 0.40 | Review plaintiff forms; respond to client questions |
| 4/30/2021 | 0.20 | Review plaintiff forms; call plaintiff [redacted] |
| 5/3/2021 | 0.30 | Review plaintiff forms |
| 5/4/2021 | 0.10 | Review and process new forms |
| 5/10/2021 | 1.20 | Review and process plaintiff forms; office correspondence regarding filing; use retrieve tool to compile database |
| 5/11/2021 | 0.40 | Office emails regarding rep letter and filing logistics; review rep letter |
| 5/12/2021 | 0.20 | Office emails regarding rep letter and plaintiff |
| 5/13/2021 | 0.30 | Review and redact consent forms to prepare for filing |
| 6/8/2021 | 0.20 | Amend exhibit A to include updated consent form; office correspondence, re: same |
| 6/9/2021 | 0.60 | Office correspondence, re: filing; review case docket; research process servers in Delaware |
| 6/10/2021 | 0.20 | Office emails, re: rep letters |
| 6/11/2021 | 1.40 | Office emails and conference, re: pro hac vice status |
| 6/16/2021 | 0.30 | Review consent forms; office emails, re: consent form deadline; review case docket |
| 6/21/2021 | 0.20 | Office emails, re: consent form status; review consent form |
| 6/24/2021 | 0.40 | Review consent forms; office email, re: consent form update |
| 6/30/2021 | 0.40 | Prepare consent forms for filing; office emails, re: same |
| 10/6/2021 | 0.20 | Emails with team, re: plaintiff addition |

**McGILLIVARY STEELE ELKIN LLP**

**SERVICES PERFORMED BY**
**Kathleen Dacruz**
*Report Period: 04/01/2021 to 05/23/2022*

IAFF FLSA
Local 1590, Wilmington, DE FLS

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 10/19/2021 | 0.20 | Emails with team, re: case status |
| 10/26/2021 | 0.20 | Emails with team, re: plaintiff consent form |
| 1/25/2022 | 0.20 | Review team correspondence re: data provided by city |
| 1/26/2022 | 0.50 | Review case list and correspondence re: new consent forms with team |
| 2/16/2022 | 0.20 | Correspondence with SMB, re: docusign link status |
| 2/25/2022 | 0.30 | Correspondence, re: settlement team letters; compile letter and envelope package |
| 3/14/2022 | 0.30 | Correspondence with plaintiff, re: address update; update address in database |
| 3/21/2022 | 0.50 | Correspondence with SMB re: plaintiff email; correspondence with plaintiff re: [redacted] |
| 4/29/2022 | 0.70 | Correspondence re: settlement letter mailing; compile and send out plaintiff settlement notification letters; correspondence with team re: plaintiff voicemail |

# Exhibit B

# CONNOLLY GALLAGHER LLP

1201 North Market Street
20th Floor
Wilmington DE 19801

(302) 757-7300

Federal ID #: 45-5440339


City of Wilmington Fire Dept. Captains & Lieutenants
City of Wilmington Fire Dept. Captains & Lieutenants
c/o Sara Faulman, Esq.
McGillivary, Steele, Elkin LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005

Statement Date: July 9, 2021
Statement No. 210803
Account No. 40383.00001
Page: 1

RE: FLSA Claims, USDC, District of Delaware

## Fees

| | | | Hours | |
|---|---|---|---|---|
| 06/02/2021 | LPD | Review draft FLSA complaint and sample civil action forms and consent forms for filing in district court; review applicable local rules and email exchange with A. Shapiro re: same | 0.70 | 294.00 |
| | AMS | Review draft complaint; draft correspondence to MSE regarding additional claim factors. | 1.20 | 540.00 |
| 06/07/2021 | LPD | Review and edit for filing Complaint, Civil Cover Sheet, Summons, and Exhibit to Complaint; confer with A. Shapiro re: edits to Complaint and related filings | 1.20 | 504.00 |
| | AMS | Review draft complaint and provide corrections. | 1.00 | 450.00 |
| 06/08/2021 | RSL | Finalize, file, and circulate complaint and all ancillary documents; Profile and circulate court-stamped complaint, summons, and notice, consent, and referral forms | 0.50 | 95.00 |
| | LPD | Review revised versions of Complaint and supporting documents in preparation for filing; edit Civil Cover sheet and email co-counsel re: same | 0.50 | 210.00 |
| 06/10/2021 | AMS | Draft request to City Solicitor to accept service of FLSA complaint. | 0.20 | 90.00 |
| 06/14/2021 | RSL | Prepare documents for service of process; draft Motion for Admission PHV and prepare e-noticing forms for S. Faulman, S. Block, and C. Williams; Finalize, file, and circulate summons returned executed for service of complaint; Calendar deadline for City of Wilm. to respond to complaint | 1.40 | 266.00 |
| | LPD | Email exchange counsel re: pro hac vice motions | 0.10 | 42.00 |
| 06/15/2021 | RSL | Profile signed CM-ECF e-noticing forms | 0.10 | 19.00 |
| 06/16/2021 | RSL | Finalize, file, and circulate Motion for Admission PHV for S. Faulman, S. Block, and C. Williams; Finalize and submit CM-ECF e-noticing forms | 0.80 | 152.00 |
| | LPD | Review assignment to Judge Stark; email co-counsel preferences and sample scheduling order | 0.10 | 42.00 |
| 06/30/2021 | LPD | Review draft Notice of Filing of Additional Plaintiffs and review local rules to determine if any on point | 0.30 | 126.00 |
| | | For Current Services Rendered | 8.10 | 2,830.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Lauren P. DeLuca | 2.90 | $420.00 | $1,218.00 |
| Aaron Shapiro | 2.40 | 450.00 | 1,080.00 |
| Robin S. Lober | 2.80 | 190.00 | 532.00 |

Expenses

| | | |
|---|---|---|
| 06/14/2021 | Process Service - Brandywine Process Servers, Ltd. - Invoice No. 26520 | 83.00 |
| 06/26/2021 | Filing Fees - Corporate Payment Systems -Courts USDC | 402.00 |
| | Total Expenses | 485.00 |
| | Total Current Services | 3,315.00 |
| | Balance Due | $3,315.00 |

# CONNOLLY GALLAGHER LLP

1201 North Market Street
20th Floor
Wilmington DE 19801

(302) 757-7300

Federal ID #: 45-5440339


City of Wilmington Fire Dept. Captains & Lieutenants
City of Wilmington Fire Dept. Captains & Lieutenants
c/o Sara Faulman, Esq.
McGillivary, Steele, Elkin LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005

Statement Date: August 16, 2021
Statement No. 211832
Account No. 40383.00001
Page: 1

RE: FLSA Claims, USDC, District of Delaware

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/01/2021 | RSL | Finalize, file, serve, and circulate amended complaint and exhibit A; Profile, circulate, and calendar SO ORDERED Stipulation to Extend Time to Answer Complaint | 0.50 | 95.00 |
| | AMS | Review and confer with counsel for amending Complaint, addition of plaintiffs, and preparation of documentation demand to City to aid with settlement. | 1.50 | 675.00 |
| | LPD | Review Notice of Filing of Additional Plaintiffs and email exchanges with co-counsel re: same; call with Clerk of Court re: same; Review and finalize for filing amended complaint and exhibits adding additional plaintiffs | 0.60 | 252.00 |
| | | For Current Services Rendered | 2.60 | 1,022.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Lauren P. DeLuca | 0.60 | $420.00 | $252.00 |
| Aaron Shapiro | 1.50 | 450.00 | 675.00 |
| Robin S. Lober | 0.50 | 190.00 | 95.00 |

| | |
|---|---|
| Total Current Services | 1,022.00 |
| Previous Balance | $3,315.00 |
| Balance Due | $4,337.00 |

**CONNOLLY GALLAGHER LLP**

1201 North Market Street
20th Floor
Wilmington DE 19801

(302) 757-7300

Federal ID #: 45-5440339

City of Wilmington Fire Dept. Captains &
Lieutenants c/o Sara Faulman, Esq.
McGillivary, Steele, Elkin LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005

Statement Date: October 6, 2021
Statement No. 212812
Account No. 40383.00001
Page: 1

RE: FLSA Claims, USDC, District of Delaware

Fees

| | | | Hours | |
|---|---|---|---|---|
| 09/08/2021 | LPD | Review and edit draft Scheduling Order for compliance with Judge Stark's preferences and email co-counsel re: same | 0.70 | 294.00 |
| 09/21/2021 | LPD | Review and analyze opposing counsel's counter proposal on scheduling order and email A. Shapiro re: same | 0.10 | 42.00 |
| 09/22/2021 | AMS | Review and respond to questions about proposed scheduling order. | 0.50 | 225.00 |
| 09/27/2021 | AMS | Prepare notice for withdrawal of pro hac vice counsel for filing; draft and respond to related correspondence with lead counsel. | 0.50 | 225.00 |
| 09/28/2021 | RSL | Finalize, file, profile, and circulate Notice of Withdrawal of C. Williams | 0.20 | 38.00 |
| | | For Current Services Rendered | 2.00 | 824.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Lauren P. DeLuca | 0.80 | $420.00 | $336.00 |
| Aaron Shapiro | 1.00 | 450.00 | 450.00 |
| Robin S. Lober | 0.20 | 190.00 | 38.00 |

| | |
|---|---|
| Total Current Services | 824.00 |
| Previous Balance | $4,337.00 |
| Balance Due | $5,161.00 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 07/09/2021 | 210803 | 3,315.00 | 3,315.00 |
| 08/16/2021 | 211832 | 1,022.00 | 1,022.00 |
| | | | 4,337.00 |

4000-12

JAP/JAR

# CONNOLLY GALLAGHER LLP

1201 North Market Street
20th Floor
Wilmington DE 19801

(302) 757-7300

Federal ID #: 45-5440339

City of Wilmington Fire Dept. Captains & Lieutenants
c/o Sara Faulman, Esq.
McGillivary, Steele, Elkin LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005

Statement Date: November 9, 2021
Statement No. 213602
Account No. 40383.00001
Page: 1

RE: FLSA Claims, USDC, District of Delaware

## Fees

| | | | Hours | |
|---|---|---|---|---|
| 10/08/2021 | AMS | Review proposed Confidentiality Order and proposed Scheduling Order; provide comments to lead counsel. | 0.90 | 405.00 |
| 10/29/2021 | AMS | Confer with lead counsel on document production confidentiality terms. | 0.50 | 225.00 |
| | | For Current Services Rendered | 1.40 | 630.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Aaron Shapiro | 1.40 | $450.00 | $630.00 |

| | |
|---|---|
| Total Current Services | 630.00 |
| Previous Balance | $5,161.00 |

## Payments

| | |
|---|---|
| Total Payments for 10/25/2021 | -5,161.00 |
| Balance Due | $630.00 |

4000-12

# CONNOLLY GALLAGHER LLP

1201 North Market Street
20th Floor
Wilmington DE 19801

(302) 757-7300

Federal ID #: 45-5440339

JAP/JAR

City of Wilmington Fire Dept. Captains & Lieutenants
c/o Sara Faulman, Esq.
McGillivary, Steele, Elkin LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005

Statement Date: December 14, 2021
Statement No. 214394
Account No. 40383.00001
Page: 1

RE: FLSA Claims, USDC, District of Delaware

Fees

| | | | Hours | |
|---|---|---|---|---|
| 11/05/2021 | AMS | Review and respond to request from Court for a scheduling conference. | 0.20 | 90.00 |
| 11/08/2021 | AMS | Organize conference with lead counsel. | 0.20 | 90.00 |
| 11/09/2021 | AMS | Conduct scheduling order planning conference with lead counsel. | 0.40 | 180.00 |
| 11/10/2021 | AMS | Attend case scheduling conference with Judge Restrepo. | 0.20 | 90.00 |
| | | For Current Services Rendered | 1.00 | 450.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Aaron Shapiro | 1.00 | $450.00 | $450.00 |

| | |
|---|---|
| Total Current Services | 450.00 |
| Previous Balance | $630.00 |
| Balance Due | $1,080.00 |

**CONNOLLY GALLAGHER LLP**

1201 North Market Street
20th Floor
Wilmington DE 19801

(302) 757-7300

Federal ID #: 45-5440339

City of Wilmington Fire Dept. Captains & Lieutenants
c/o Sara Faulman, Esq.
McGillivary, Steele, Elkin LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005

Statement Date: January 19, 2022
Statement No. 215289
Account No. 40383.00001
Page: 1

RE: FLSA Claims, USDC, District of Delaware

Fees

| | | | Hours | |
|---|---|---|---|---|
| 12/09/2021 | RSL | Save to client file and calendar Case Scheduling Order; Draft NOS for Rule 26(a)(1) Disclosures and 1st Set of RFPs; Save to client file and circulate Confidentiality Stipulation and Protective Order. | 1.30 | 247.00 |
| | AMS | Review and comment on draft initial disclosures and first request for production of documents to City of Wilmington; prepare notice of service. | 1.00 | 450.00 |
| 12/10/2021 | RSL | Finalize, file, and circulate Notice of Service of Plaintiffs' Rule 26(a)(1) Initial Disclosures and Plaintiffs' First Request for the Production of Documents; Save to client file and circulate NOS to Defendant's Rule 26(a)(1) Initial Disclosures. | 0.40 | 76.00 |
| | AMS | Confirm service of Plaintiffs' Disclosures and first requests for production of documents, and filing of notice of service. | 0.20 | 90.00 |
| | AMS | Review Defendant's Initial Disclosures. | 0.40 | 180.00 |
| | | For Current Services Rendered | 3.30 | 1,043.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Aaron Shapiro | 1.60 | $450.00 | $720.00 |
| Robin S. Lober | 1.70 | 190.00 | 323.00 |

| | |
|---|---|
| Total Current Services | 1,043.00 |
| Previous Balance | $1,080.00 |
| Balance Due | $2,123.00 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 11/09/2021 | 213602 | 630.00 | 630.00 |
| 12/14/2021 | 214394 | 450.00 | 450.00 |
| | | | 1,080.00 |

**CONNOLLY GALLAGHER LLP**

1201 North Market Street
20th Floor
Wilmington DE 19801

(302) 757-7300

Federal ID #: 45-5440339

City of Wilmington Fire Dept. Captains & Lieutenants
c/o Sara Faulman, Esq.
McGillivary, Steele, Elkin LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005

Statement Date: March 8, 2022
Statement No. 216220
Account No. 40383.00001
Page: 1

RE: FLSA Claims, USDC, District of Delaware

Fees

| | | | Hours | |
|---|---|---|---|---|
| 02/28/2022 | AMS | Review proposed settlement offer; confer with L. DeLuca on the offer; draft feedback to lead counsel and request details on damage / fee computation and request. | 1.00 | 450.00 |
| | LPD | Review draft settlement demand from co-counsel and confer with A. Shapiro re: same | 0.50 | 225.00 |
| | | For Current Services Rendered | 1.50 | 675.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Lauren P. DeLuca | 0.50 | $450.00 | $225.00 |
| Aaron Shapiro | 1.00 | 450.00 | 450.00 |

| | |
|---|---|
| Total Current Services | 675.00 |
| Previous Balance | $1,665.00 |

Payments

| | |
|---|---|
| Total Payments for 02/22/2022 | -1,665.00 |
| Balance Due | $675.00 |

# CONNOLLY GALLAGHER LLP

4000-12

1201 North Market Street
20th Floor
Wilmington DE 19801

(302) 757-7300

Federal ID #: 45-5440339

City of Wilmington Fire Dept. Captains & Lieutenants
c/o Sara Faulman, Esq.
McGillivary, Steele, Elkin LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005

Statement Date: February 15, 2022
Statement No. 215734
Account No. 40383.00001
Page: 1

RE: FLSA Claims, USDC, District of Delaware

## Fees

| | | | Hours | |
|---|---|---|---|---|
| 01/11/2022 | AMS | Review COW response to plaintiffs' RPD. Correspond with lead counsel to develop response to deficient COW response. | 0.50 | 225.00 |
| 01/12/2022 | AMS | Review correspondence related to COW's discovery production. | 0.30 | 135.00 |
| | LPD | Email exchange with co-counsel re: ESI Default Standard of Discovery practice and prepare draft form ESI Disclosures | 0.50 | 225.00 |
| | | For Current Services Rendered | 1.30 | 585.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Lauren P. DeLuca | 0.50 | $450.00 | $225.00 |
| Aaron Shapiro | 0.80 | 450.00 | 360.00 |

| | |
|---|---|
| Total Current Services | 585.00 |
| Previous Balance | $2,123.00 |

## Payments

| | |
|---|---|
| Total Payments for 01/28/2022 | -1,043.00 |
| Balance Due | $1,665.00 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 11/09/2021 | 213602 | 630.00 | 630.00 |
| 12/14/2021 | 214394 | 450.00 | 450.00 |
| | | | 1,080.00 |

# CONNOLLY GALLAGHER LLP

4000-12

JAP/JAR

1201 North Market Street
20th Floor
Wilmington DE 19801

(302) 757-7300

Federal ID #: 45-5440339

City of Wilmington Fire Dept. Captains & Lieutenants
c/o Sara Faulman, Esq.
McGillivary, Steele, Elkin LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005

Statement Date: April 13, 2022
Statement No. 217219
Account No. 40383.00001
Page: 1

RE: FLSA Claims, USDC, District of Delaware

## Fees

| | | | Hours | |
|---|---|---|---|---|
| 03/01/2022 | AMS | Review basis of backpay and liquidated damages calculations, and fee calculation for settlement proposal; correspond with lead counsel. | 0.50 | 225.00 |
| 03/08/2022 | AMS | Review correspondence regarding settlement discussions; review and approve stipulation to extend document production. | 0.50 | 225.00 |
| | | For Current Services Rendered | 1.00 | 450.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Aaron Shapiro | 1.00 | $450.00 | $450.00 |

| | |
|---|---|
| Total Current Services | 450.00 |
| Previous Balance | $675.00 |

### Payments

| | |
|---|---|
| Total Payments for 03/24/2022 | -675.00 |
| Balance Due | $450.00 |